IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT W MILLSAPS, individually | : | MDL 875 |
| and as the personal representative of the | : | |
| Estate of BRENDA LEE MILLSAPS | : | |
| | : | |
| v. | : | |
| | : | |
| ALUMINUM COMPANY OF AMERICA, | : | EDPA CIVIL NO. |
| et al. | : | 10-84924 |

ORDER

And now, this 2nd day of December, 2011, upon consideration of Plaintiff's Motion to Compel Discovery From Defendant Alcoa, Inc. (Doc. 24) and Defendant's Alcoa's Response and Motion for Protective Order (Doc. 25), it is hereby ordered that the motion to compel is granted in part and denied in part, and the motion for protective order is denied, as follows:

1.  Plaintiff's request that Alcoa produce to it all the Satterfield documents is denied. As a result, Alcoa's request for a protective order directed to production of the entire set of Satterfield documents is denied as moot.

2.  Plaintiff's request that Alcoa be compelled to produce relevant documents from among the Satterfield documents is granted. The parties shall within a week from the date of this order agree upon a list of search terms, and Alcoa shall run a search of its database using those terms. Alcoa shall produce any responsive documents, and as appropriate supplement its prior discovery responses, as soon as possible and in any event no later than December 23, 2011. A maximum of 100 search terms upon which the

parties cannot agree shall be submitted by letter to the undersigned no later than December 12, 2011, and if new search terms are approved, a supplemental search and production will be conducted using such terms within 10 days of such approval.

3. Alcoa's request for a protective order directed to documents it has previously produced to plaintiff counsel's firm is denied as moot.

4. If not already produced, counsel for Alcoa will, within a week of the date of this order, produce the exhibits to the prior deposition of its corporate designee.

BY THE COURT:

/S/ELIZABETH T. HEY

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE