# IN THE UNITED STATES DISTRICT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT W MILLSAPS, individually | : | MDL 875 |
| and as the personal representative of the | : | |
| Estate of BRENDA LEE MILLSAPS | **:** | |
| | **:** | |
| v. | : | |
| | : | |
| ALUMINUM COMPANY OF AMERICA, | : | EDPA CIVIL NO. |
| et al**.** | **:** | 10-84924 |

## ORDER

And now, this 23d day of January, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that Defendant Alcoa Inc.'s Motion to Quash Subpoena and for Protective Order (Doc. 40) is DENIED. Plaintiff is permitted to take the deposition of Dr. Cullen; however the deposition shall take place after the corporate designee deposition of Mr. Shockey.

.

BY THE COURT:
/s/ELIZABETH T. HEY

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE